1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

9

10  ANITA P.,                                   Civil No. 2:19-CV-02069-MAT

11          Plaintiff,

12      vs.                                      ORDER

13  COMMISSIONER OF SOCIAL SECURITY,

14          Defendant.

15          Based on the stipulation of the parties it is hereby ORDERED that the above- captioned

16  case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further

17  administrative proceedings, including the following actions:

18  • The ALJ will conduct a new hearing, further develop the record and issue a new decision;

19  • The ALJ will provide Plaintiff with an opportunity to submit additional evidence in support

20      of her claim;

21  • The ALJ will reevaluate and further develop the medical opinion evidence and lay witness

22      evidence of record;

23  • The ALJ will reevaluate steps two and three of the sequential evaluation process;

24  • The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this <u>12th</u> day of August, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2114
Fax:  (206) 615-2531
franco.l.becia@ssa.gov

Page 2        ORDER - [2:19-CV-02069-MAT]